**S. C. TABOR, Appellant,**

v.

**Charles MADDIX et al., Appellees.**

Court of Appeals of Kentucky.

June 18, 1954.

H. R. Wilhoit, Grayson, for appellant.

O. F. Duval, Olive Hill, for appellees.

PER CURIAM.

Motion for an appeal from a judgment of the Carter Circuit Court confirming an award of an arbitrator allowing appellees $258 each for lost wages as a result of a labor dispute. The facts, questions raised, authorities cited and applicable law have been carefully considered. We find no error.

The motion for an appeal is overruled and the judgment is affirmed.

**Jess NITZSCHKE, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

June 18, 1954.

Rodes K. Myers, Bowling Green, for appellant.

J. D. Buckman, Jr., Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for appeal from a judgment convicting movant of the offense of having in his possession intoxicating liquors in local option territory for purpose of sale; imposing penalty of a fine of $100 and 60 days' imprisonment.

We find no prejudicial error; the motion for appeal is overruled and judgment affirmed.